IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO BACON,

                Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

                Defendants.

NO. C04-3437 TEH

ORDER TO SHOW CAUSE RE: DAVID NEWDORF

This matter came before the Court on Monday, July 25, 2005, for a hearing on Defendants' motion to dismiss. Mr. Russell Robinson appeared on behalf of Plaintiff, and Mr. David Newdorf appeared on behalf of Defendants. At that hearing, the Court ordered Defendants to provide Plaintiff with the last known address of Defendant Alex Fagan, Jr.

On July 28, 2005, this Court received a telephone call from Mr. Robinson stating that Defendants had provided only the last known work address for Mr. Fagan. That address was clearly common knowledge, and any reasonable attorney would have interpreted the Court's order as requiring the provision of Mr. Fagan's last known personal or residential address.

Accordingly, with good cause appearing, Mr. Newdorf is HEREBY ORDERED to SHOW CAUSE as to why he should not be held in contempt of court for failing to comply with this Court's order to provide Mr. Fagan's last known address. The show cause hearing shall be held on **Thursday, August 4, 2005, at 11:00 AM.** If Mr. Newdorf wishes to file a written response, he must do so on or before **Monday, August 1, 2005.** Any such response shall include citation to any cases that support Mr. Newdorf's position that providing the police department's address as the last known address for a former officer adequately satisfies a party's discovery obligations, particularly in a case such as this where the Court specifically

1  ordered production of the former officer's last known address.  The Court advises

2  Mr. Newdorf that he must appear at the show cause hearing even if he provides Plaintiff with

3  the required information prior to that time.

5  **IT IS SO ORDERED.**

7  DATED   07/28/05                            /s/
                                    THELTON E. HENDERSON, JUDGE
8                                   UNITED STATES DISTRICT COURT