IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO BACON,

          Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendants.

NO. C04-3437 TEH

ORDER VACATING ORDER TO SHOW CAUSE RE: DAVID NEWDORF

    The Court is in receipt of Mr. David Newdorf's timely written response to the Court's July 28, 2005 Order to Show Cause. Upon careful consideration, the Court finds Mr. Newdorf's response to be satisfactory and hereby vacates the Order to Show Cause and the August 5, 2005 Order to Show Cause hearing. No appearances on that date shall be necessary.

    However, Mr. Newdorf's response raises a different concern that the parties may be failing to meet and confer in good faith. The parties are forewarned that continued failure to cooperate during discovery may result in the appointment of a special master for discovery in this case. If the Court appoints a discovery master, that person shall have the power to apportion fees among the parties as he or she deems appropriate. This Court will not waste its resources, nor those of a magistrate judge, refereeing needless disputes among the parties.

**IT IS SO ORDERED.**

DATED   08/03/05

                   /s/
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT