1    DENNIS J. HERRERA, State Bar #139669
     City Attorney
2    JOANNE HOEPER, State Bar #114961
     Chief Trial Deputy
3    SEAN F. CONNOLLY, State Bar #152235
     DAVID B. NEWDORF, State Bar #172960
4    Deputy City Attorneys
     Fox Plaza
5    1390 Market Street, 6th Floor
     San Francisco, California 94102-5408
6    Telephone:     (415) 554-3863
     Facsimile:      (415) 554-3837
7    E-Mail:        sean.connolly@sfgov.org

8

9    Attorneys for Defendant
     CITY AND COUNTY OF SAN FRANCISCO

10

11

12               UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO BACON, | Case No. C 04-3437 TEH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE: CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; CHIEF OF POLICE HEATHER FONG; OFFICER ALEX FAGAN, JR. (#1942); OFFICER GARCIA (#42); OFFICER GARCIA (#1788), OFFICER GOODWIN (#1577); OFFICER MORGADO (#466); OFFICER KACZMARCZYK (#1896); OFFICER DESHONG (#304); OFFICER MCMAHON (#106); SERGEANT O'SULLIVAN (#1422); and DOES 1-40, | |
| Defendants. | |

      The parties to this action, by and through counsel, STIPULATE and AGREE as follows:

      1.      Information and records contained in the personnel files of San Francisco Police Officers (or former officers) shall be treated as confidential in this litigation. Those records are hereinafter referred to as "CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION."

These records include but are not limited to police officers' home addresses and complaints and discipline records contained in the files of the San Francisco Police Department and/or the Office of Citizens' Complaints.

2. The CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION shall not be exhibited, displayed or otherwise disclosed by Plaintiffs' Counsel (or authorized persons described in paragraph 4) to other persons except as specifically provided herein.

3. Home addresses of San Francisco Police Officers (or former officers) ("HOME ADDRESSES") shall be used by Plaintiff's Counsel only to serve summonses and complaints on individual defendants in this action. Within the office of Plaintiff's Counsel, HOME ADDRESSES shall be treated as confidential "Attorney's Eyes Only" information and any documents containing HOME ADDRESSES shall be maintained in sealed envelopes marked "CONFIDENTIAL – ATTORNEY'S EYES ONLY – SUBJECT TO PROTECTIVE ORDER." Plaintiff's Counsel may not disclose HOME ADDRESSES to anyone except a process server in order to serve summonses and complaints on individual defendants in this action. Any process server who obtains a HOME ADDRESSES shall be required to sign the NON-DISCLOSURE AGREEMENT attached as Exhibit A to this Order. Plaintiff's Counsel shall not disclose HOME ADDRESSES to Plaintiff Orlando Bacon. Any return of summons or proof of service of Summons and Complaint in this case that contains HOME ADDRESSES shall be filed under seal pursuant to this Order and the Court's rules and procedures (see Civil Local Rule 79-5).

4. Except for HOME ADDRESSES, Plaintiff's Counsel may exhibit and/or disclose CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION only to the following categories of person and no others unless authorized by order of the Court:

        a. Plaintiff's Counsel;

        b. A witness who was the complainant against a San Francisco Police Officer involved in this case may view his or her complaint and documents concerning his or her complaint, but may not view complaints concerning other complainants. The limitation of this paragraph includes Plaintiff Orlando Bacon, who may view records concerning his own complaint(s) (if such document(s) exist(s)) only in the presence of Plaintiff's Counsel and may not receive originals or

copies of any CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION.  This paragraph also does not prevent Plaintiff Orlando Bacon from receiving copies of his own written complaint(s) submitted to the Office of Citizens Complaints (if such document(s) exist(s)).  This paragraph does not prevent counsel from discussing the contents of CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION with Plaintiff Orlando Bacon for purposes connected with the litigation.

              c.      Experts, investigators or consultants retained by Plaintiff's Counsel to assist in the evaluation, preparation, or trial of this case.  Before any expert, investigator, or consultant is permitted to review the CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION, such individual must agree to comply with the terms of this Protective Order by executing the NON DISCLOSURE AGREEMENT attached as Exhibit A to this Order.  Plaintiffs' Counsel may make one copy of CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION for each such individual.  Plaintiffs' counsel shall retain the original of all NON-DISCLOSURE AGREEMENTS for five years after the conclusion of this litigation, whether through final judgment, appeal, or by whatever means resolved.  Experts, investigators, and consultants shall not have any power to authorize further disclosure of CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION to any other person.

5.     Nothing contained in this order shall prohibit any person, including any persons described in 4(a-c) above, from using or referring to CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION in motion papers or pleadings filed with the Court, provided that adequate provision is made to protect the confidentiality of the CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION and provided that any portion of such motion papers or legal pleadings that reference said CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION is filed under seal pursuant to the Court's rules and procedures (see Civil Local Rule 79-5).

6.     At the conclusion of this litigation, through final judgment, appeal, or by whatever means resolved, all persons subject to this Order (including experts, investigators or consultants) shall return all copies of the CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION to counsel for the City.

1        7.     Unless disclosure is ordered by the Court, attorneys for Defendants shall have the sole

2   authority to determine that documents subject to the Protective Order are no longer considered

3   CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION and will advise counsel for

4   plaintiff in writing if this determination is made.  Plaintiff may challenge defendants' designation of a

5   particular document as CONFIDENTIAL POLICE OFFICER PERSONNEL INFORMATION by

6   filing a noticed motion or a motion for administrative relief under Civ. L.R. 7-11 or by any other

7   procedure directed by the Court.  The parties agree that the prevailing party in a motion to remove the

8   confidential designation shall waive its entitlement to monetary sanctions, including attorney's fees.

9        8.     In the event of any unauthorized disclosure as set forth herein, the City and County of

10  San Francisco reserves the right to seek appropriate sanction of the Court.

11       AGREED AND STIPULATED:

12  Dated:  August 29, 2005          DENNIS J. HERRERA
                              City Attorney
13                            JOANNE HOEPER
                              Chief Trial Attorney
14                            SEAN F. CONNOLLY
                              DAVID B. NEWDORF
15

16                      By:_____/s/_____
17                            DAVID B. NEWDORF
                              Attorneys for Defendant
18

19  DATED:  August 29, 2005          LAW OFFICE OF RUSSELL A. ROBINSON
20

21

22                      By:_____/s/_____
23                            RUSSELL A. ROBINSON
                              Attorney for Plaintiff
24

25       The undersigned counsel certifies that he has obtained approval by e-mail to e-file this

26  Stipulation on behalf of counsel for all parties.

27                      _____/s/_____
                            DAVID B. NEWDORF
28

1

**ORDER**

2          Pursuant to stipulation, IT IS SO ORDERED.

3

4     DATED: _____08/30/05_____     _____

5                                          Hon. Thelton E. Henderson
                                           United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28