United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO BACON,

                Plaintiff,

      v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

                Defendants.

NO. C04-3437 TEH

PRELIMINARY ORDER RE:
DEFENDANTS' MOTION TO
DISMISS FOR INSUFFICIENCY
OF SERVICE OF PROCESS

      The Court is in receipt of Defendants' motion to strike certain allegations of the complaint and to dismiss for insufficiency of service of process. Although the Court has yet to fully evaluate the merits of Defendants' motion, Defendants' arguments regarding insufficiency of service of process concern the Court because Plaintiff has attempted several times to serve the remaining defendants, there is some indication that defendants have received actual notice, and the Court attempted to resolve the issue by providing Defendants with the choice of accepting service on behalf of the remaining defendants or providing their home addresses in sealed envelopes marked "CONFIDENTIAL - ATTORNEY'S EYES ONLY - SUBJECT TO PROTECTIVE ORDER." Stipulation and Protective Order at 2.

      Accordingly, the Court intends to issue a ruling from the bench, if possible, following oral argument on November 28, 2005. If the Court grants Defendants' motion to dismiss for

United States District Court
For the Northern District of California

1    insufficiency of service of process, the Court will order Defendants to provide the following

2    information, with respect to the remaining six defendants, in writing to the Court and to

3    Plaintiff's counsel, under penalty of perjury: address of employment, days and hours of

4    employment, agent(s) authorized by appointment or by law to receive service of process

5    pursuant to F.R.C.P. 4(e) at the place of employment, hours these individual(s) are available,

6    specific location of these individual(s) within the address of employment, and any other

7    relevant information that will assist in providing adequate service as to the remaining

8    defendants.  Defendants' counsel shall be prepared to hand this information in writing to

9    Plaintiff's counsel immediately following the hearing.

10          However, if Defendants contend that there is no "agent authorized by appointment or

11   by law to receive service of process," defendants must be prepared to provide the Court with

12   an appropriate explanation.  Moreover, the Court takes note of Defendants' statement that

13   "Plaintiff could have served the remaining defendants at work in accordance with the

14   California Code of Civil Procedure [§ 415.20(b)]."  Defs.' Motion to Strike & Motion to

15   Dismiss for Insufficiency of Service of Process at 4.  Thus, Defendants concede that

16   compliance with California Code of Civil Procedure § 415.20(b) will constitute valid service

17   as to the remaining defendants.  Accordingly, if defendants take this position and the Court

18   grants Defendants' motion to dismiss, Defendants must provide the following information,

19   with respect to the remaining six defendants, in writing to the Court and to Plaintiff's

20   counsel, under penalty of perjury: address of employment, days and hours of employment,

21   individual(s) at defendants place of employment who are "apparently in charge" pursuant to

22   C.C.C.P. 415.20, hours these individual(s) are available, specific location of these

23   individual(s) within the address of employment, and any other relevant information that will

24   assist in providing adequate service as to the remaining defendants.  Defendants' counsel

25   shall be prepared to hand this information in writing to Plaintiff's counsel immediately

26   following the hearing.

27          The Court reiterates that it is not now ruling on Defendants' motion.  However, the

28   Court does not wish to waste any more of its resources refereeing needless disputes among

2

the parties and would like this matter promptly resolved.  Accordingly, Defendants' counsel shall bring the above information in writing to the hearing in the event that the Court grants Defendants' motion.

**IT IS SO ORDERED.**

Dated:   11/22/05

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court
For the Northern District of California

3