1 Russell Robinson (163937)
  Law Office of Russell A. Robinson
2 345 Grove Street, Level One
  San Francisco CA 94102
3 Telephone: (415) 255-0462
  Facsimile: (415) 431-4526
4
  Attorneys for Plaintiff
5 ORLANDO BACON

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 ORLANDO BACON,                              ) No.   C-04-3437-TEH
                                               )
12         Plaintiff,                          ) **STIPULATION OF DISMISSAL; ORDER**
                                               )
13 v.                                          )
                                               )
14 CITY AND COUNTY OF SAN FRANCISCO;           ) [Civil Rights/Jury Trial Demanded]
   ET AL.,                                     )
15                                             )
           Defendants.                         )
16 _____     )

17     IT IS HEREBY STIPULATED as follows:

18     Plaintiff's counsel received what he believed to be reliable reports of the death of

19 Plaintiff Orlando Bacon; specifically, he heard from the mother of Plaintiff Orlando Bacon that

20 Plaintiff had died of cancer. Plaintiff's counsel communicated these reports to Defendants'

21 counsel.

22     Plaintiff Orlando Bacon and Defendants City and County of San Francisco, Chief

23 Heather Fong; Officer Alex Fagan, Jr. (#1942); Officer Garcia (#1788), Officer Goodwin

24 (#1577); Officer Morgado (#466); Officer Kaczmarczyk (#1896); Officer Deshong (#304);

25 Officer McMahon (#106); and Sergeant O'Sullivan (#1422 ), through their respective counsel,

26

---
STIPULATION OF DISMISSAL; ORDER
*Bacon v. City & County of SF, et al. (No. C-04-3437-TEH)*     - 1 -     02-0011P013

hereby stipulate that Plaintiff's Complaint in the above-captioned action and all causes of action in the Complaint be and hereby are dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1), without prejudice, each side to bear its own costs and fees.

Dated: April __, 2006     DENNIS J. HERRERA
                          City Attorney
                          JOANNE HOEPER
                          Chief Trial Deputy
                          DAVID B. NEWDORF
                          Deputy City Attorney


                          By:_____/s/_____
                          DAVID B. NEWDORF
                          Attorneys for Defendants
                          CITY AND COUNTY OF SAN FRANCISCO, et al.


Dated: April __, 2006     LAW OFFICES OF RUSSELL A. ROBINSON


                          By:_____/s/_____
                          RUSSELL A. ROBINSON
                          Attorneys for Plaintiff
                          ORLANDO BACON

**ORDER**

Based on the above, and good cause appearing, it is hereby ordered that this matter is dismissed in its entirety by stipulation of the parties.

**IT IS SO ORDERED.**

Dated: ~~April~~ May 1, 2006    By: [signature]
                                Hon. THELTON E. HENDERSON
                                United States Dist. Court, Northern District of Cal.

---
STIPULATION OF DISMISSAL; ORDER
*Bacon v. City & County of SF, et al. (No. C-04-3437-TEH)*     - 2 -     02-0011P013